JOSEPHINE BENVENUTI ET AL., RESPONDENTS, v. EARL ANGERSBACH ET AL., APPELLANTS.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellants, *Collins & Corbin*.

For the respondents, *Theo. Strong & Son*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For reversal*—None.